RECEIVED


MAY 2 6 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES TOWNSEND | CIVIL ACTION NO. 5:09CV71 |
| VERSUS | JUDGE STAGG |
| WARDEN, WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__X__ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 26th Day of May, 2009.

Tom Stagg
UNITED STATES DISTRICT JUDGE